<b>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF ILLINOIS</b>

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tamara Hughes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10069-DRH |
| *Stacy Hymiller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13119-DRH |
| *Elizabeth Smith, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10474-DRH |
| *Marie Stephenson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20168-DRH |
| *Jessica Webster v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11576-DRH |
| *Autumn Whittemore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12723-DRH |
| *Tracy Wilkerson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20098-DRH |

<b><u>JUDGMENT IN A CIVIL CASE</u></b>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 24, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    **BY:**  /s/*Caitlin Fischer*
                                          **Deputy Clerk**

Date: September 25, 2014

Digitally signed by David R. Herndon
Date: 2014.09.25 23:41:40 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT